UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER LEE, et al., <br><br> and <br><br> STANLEY HAVERILAND, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES, <br><br> Defendant. | CASE NO. CV 12-06618 CBM (RZx) <br><br> RELATED CASE NO. CV 13-01410 <br><br> JUDGMENT |

In accordance with the Order issued on February 24, 2015, **IT IS ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Defendant City of Los Angeles as to Plaintiffs' First Cause of Action.

DATED: March 3, 2015

                                                Honorable Consuelo B. Marshall
                                                United States District Judge